# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FRANK VELIZ,

                  Plaintiff,

v.

MICHAEL BOUCHARD, et al.,

                  Defendants.

_____/

Case Number:  05-60039

HON. MARIANNE O. BATTANI

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, (Doc. 51), and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED**. Defendant's motion for summary judgment, (Doc. 48), is **GRANTED**.  Defendant's request for costs and attorneys' fees is **DENIED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Dated:  January 7, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served upon Plaintiff and counsel of record on this date by ordinary mail and electronic filing.

s/Colette Motowski
Secretary